# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

133590

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GARY ALLEN GROESBECK,
     Defendant-Appellant.

SC: 133590
COA: 272091
Monroe CC: 06-035205-AR
1st Judicial DC: 05-07924-FY

_____/

     On order of the Court, the application for leave to appeal the February 9, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

                    Clerk

p0914